# MINUTE ORDER

Page 1

## Magistrate Judge Andrea M. Simonton

**King Building Courtroom 10-6**  Date: 11/16/15  Time: 1:30 p.m.

---

Defendant: ELLIOTT HUDSON   J#: 97642-004   Case #: 11-20635-CR-SCOLA

AUSA: Sharad Motiani   Attorney: AFPD Sowmya Bharathi

Violation: SUPERVISED RELEASE VIOLATION   Surr/Arrest Date: 11/13/2015   YOB: 1968

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

Defendant sworn; AFPD appointed

Govt rec "No Bond"

All further proceedings to occur before Judge Scola

---

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:35:25   Time in Court: 6 mins

s/ *Andrea M. Simonton*   Magistrate Judge