United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff | )<br>)<br>) |
| v. | ) Criminal Case No. 11-20635-CR-Scola<br>) |
| Elliott Hudson,<br>Defendant | )<br>)<br>) |

### Order Setting Final Supervised Release Violation Hearing

This matter is before the Court *sua sponte*. It is hereby **Ordered and Adjudged** that the above named defendant shall appear before the undersigned for Final Supervised Release Violation Hearing on **Monday, December 21, 2015 at 8:30 a.m.**, at the Wilkie D. Ferguson Jr., United States Courthouse, 400 North Miami Avenue, Courtroom 12-3, 12th floor, Miami, Florida.

The Court has set aside **thirty (30) minutes** for the violation hearing. Not later than seven (7) days prior to the hearing, counsel shall notify the Court in writing if any witnesses are to be called in support or objection to the alleged violations, and, if so, counsel shall specify the anticipated time required for such purpose. If necessary, the Court may re-set the hearing or continue it at the conclusion of the time allotted.

**Done and Ordered** at Miami, Florida on November 19, 2015.

_____
United States District Judge
Robert N. Scola, Jr.

cc: Counsel of record
Yamilee Sanchez, U.S. Probation Officer