UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20635-CR-SCOLA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ELLIOT HUDSON,

      Defendant.
_____/

## NOTICE OF REASSIGNMENT

The above captioned case has been reassigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

                **MICHAEL CARUSO**
                **FEDERAL PUBLIC DEFENDER**

By:    */s/ Alex Arteaga-Gomez*
         Assistant Federal Public Defender
         Florida Bar No.: 18122
         150 W. Flagler Street, Suite 1700
         Miami, Florida 33130-1556
         Tel: (305) 533-4255
         Fax: (305) 536-4559
         E-mail: alex_arteaga-gomez@fd.org

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on November 19, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ *Alex Arteaga-Gomez*