UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20635-CR-SCOLA

UNITED STATES OF AMERICA

    Plaintiff,

v.

ELLIOTT HUDSON,

    Defendant.

_____/

**DEFENDANT'S MOTION FOR EXPEDITED**
**SUPERVISED RELEASE HEARING**

The Defendant ELLIOTT HUDSON, through undersigned counsel, respectfully requests that the Court re-scheduled the supervised release revocation hearing from December 21, 2015, to an earlier date, preferably to a date during the week of November 30, 2015. In support he states:

Mr. Hudson has a pending supervised release revocation petition, for which he had his first appearance on November 16, 2015. He is being held at FDC without bond. On November 19, 2015, this Court scheduled this matter for a supervised release revocation hearing to be held on December 21, 2015.

The undersigned has spoken with Mr. Hudson's future employer, the head chef at a newly-opened restaurant in Miami-Dade County. Mr. Hudson has a pending job offer to work full-time as a prep chef at this new restaurant. The head chef informed the undersigned that he has a very high opinion of Mr. Hudson based on the prior experience working together, and that Mr. Hudson was the first person that he offered to join him at the new

restaurant.

The undersigned is concerned that Mr. Hudson may lose this job opportunity if he is required to stay in custody through December 21, 2015. Thus, the undersigned respectfully requests that this matter be scheduled for a hearing on an earlier date, preferably on a date during the week of November 30, 2015.

Wherefore, for the foregoing reasons, Mr. Hudson respectfully requests that the Court schedule the revocation hearing in this matter to a date during the week of November 30, 2015.

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

By:    /s/ *Alex Arteaga-Gomez*
        Assistant Federal Public Defender
        Florida Bar No. 18122
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        Tel:  (305) 533-4255/Fax: (305) 536-4559
        E-mail: alex_arteaga-gomez@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ *Alex Arteaga-Gomez*