United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Elliott Hudson,<br>Defendant | )<br>)<br>)<br>)  Criminal Case No. 11-20635-CR-Scola<br>)<br>)<br>) |

### Order Resetting Final Supervised Release Violation Hearing

This matter is before the Court on the Defendant's Motion for Expedited Supervised Release Hearing, filed November 24, 2015, it is hereby

**Ordered and Adjudged** that the Defendant's Motion (ECF No. 505) is **granted**. The Final Supervised Release Violation Hearing is reset to **Thursday, December 3, 2015 at 9:30 a.m.**, at the Wilkie D. Ferguson Jr., United States Courthouse, 400 North Miami Avenue, Courtroom 12-3, 12th floor, Miami, Florida. The Court has set aside **thirty (30) minutes** for the violation hearing. Not later than seven (7) days prior to the hearing, counsel shall notify the Court in writing if any witnesses are to be called in support or objection to the alleged violations, and, if so, counsel shall specify the anticipated time required for such purpose. If necessary, the Court may re-set the hearing or continue it at the conclusion of the time allotted.

**Done and Ordered** at Miami, Florida on November 25, 2015.

_____
United States District Judge
Robert N. Scola, Jr.

cc:   Counsel of record
      Yamilee Sanchez, U.S. Probation Officer