UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MINUTES FOR FINAL SUPERVISED RELEASE VIOLATION HEARING

THE HONORABLE ROBERT N. SCOLA, JR.

---

Date: December 3, 2015

Case No: 11-20635-CR-SCOLA

Style: **U.S.A. vs. Elliott Hudson**

AUSA: Monique Botero

Defense Attorney: AFPD Alex Arteaga-Gomez

Reporter: Carleen Horenkamp

USPO: Yamilee Sanchez

Deputy Clerk: Jacob M. Hasbun

Interpreter: none

Defendant: Present ___✓____ in custody ___✓____

Violations 1, 2 and 3: the defendant, under oath, freely and voluntarily admitted violations 1 through 3 as described in the U.S. Probation Officer's Petition.

Miscellaneous:
- The Court set bond in the amount of $10,000.00 personal surety bond.
- Defendant executed the bond in open court.
- Defendant was remanded to the custody of the U.S. Marshals Service pending release.
- Sentencing hearing is set for **June 3, 2016 at 8:30 AM**.

In-Court Time: 20 minutes