United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Case No. 11-20635-CR-Scola |
| ) | |
| Elliott Hudson, ) | |
| Defendant ) | |

**Order After Final Supervised Release Violation Hearing**

On December 3, 2015 this matter came for hearing pursuant to the Court's Order Setting Final Supervised Release Violation Hearing. The defendant, under oath, freely and voluntarily admitted to violation numbers 1 through 3 as described in the U.S. Probation Officer's "Superseding Petition for Warrant or Summons for Offender Under Supervision," filed November 23, 2015 (ECF No. 504). As to violations 1 and 2, the Defendant is charged with unlawfully possessing or using a controlled substance, that is, cocaine and marijuana; and as to violation 3, the Defendant is charged with unlawfully possessing or using a controlled substance, that is, marijuana. Based on the Defendant's admission, the Court finds the Defendant has violated the terms and conditions of supervised release. Accordingly, it is hereby

**Ordered and Adjudged** as follows:

1) Sentencing Hearing is hereby set before the undersigned for **Friday, June 3, 2016 at 8:30 a.m**. The Court will announce its decision whether the term of supervised release will be revoked or have some other disposition based on the Defendant's plea.

2) Defendant shall be released from custody upon the posting of a $10,000.00 personal surety bond and he shall continue to comply with conditions of supervised release pending sentencing.

U.S.A. vs Hudson, Case No. 11-20635-CR-SCOLA

**Done and Ordered** at Miami, Florida on December 3, 2015.

_____
United States District Judge
Robert N. Scola, Jr.

cc:   Counsel of record
      Yamilee Sanchez, U.S. Probation Officer