PROB 19a

**RECEIVED**
**UNITED STATES MARSHAL**

2015 NOV 10 PM 2:28

SOUTHERN DISTRICT
OF FLORIDA
FERGUSON BLDG

SD/FL PACTS No. 109815

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. **1:11-20635-CR-SCOLA-4**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: Jacob M. Hasbun
Deputy Clerk
Date: **Nov 9, 2015**

U.S.A. vs Elliott Hudson

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| **WARRANT FOR ARREST OF SUPERVISED RELEASEE** ||
|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. ||
| NAME OF SUPERVISED RELEASEE<br>Elliot Hudson | SEX M   RACE B   AGE 38 |
| ADDRESS (STREET,CITY,STATE)<br>1871 NW 42 Street, Miami, Florida ||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>United States District Court, Southern District of Florida | DATE IMPOSED<br>July 27, 2012 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>United States District Court, Southern District of Florida ||
| **Bail fixed at no bond.** Upon arrest of the defendant, he is to be brought before the Duty Magistrate Judge only for the purpose of advising the defendant of the charge(s) against him and for appointment of counsel. All other matters including bond will be held before United States District Judge Robert N. Scola. ||
| CLERK<br>Steven M. Larimore | /s/ ROBERT N. SCOLA, JR.   DATE 11/9/2015 |

| **RETURN** |||
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>11/10/2015 | DATE EXECUTED<br>11/13/2015 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshals Service, 400 N. Miami Ave 6th FL, Miami, FL 33128 |||
| NAME<br>Amos Rojas Jr., USM, SD/FL | (BY) /s/ Joe Godsk SDUSM, S/FL | DATE<br>11/13/2015 |

FILED by _____ D.C.
DEC 15 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."