UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MINUTES FOR SENTENCING HEARING AFTER
FINAL SUPERVISED RELEASE VIOLATION HEARING

THE HONORABLE ROBERT N. SCOLA, JR.

---

Date: June 3, 2016

Case No: 11-20635-CR-SCOLA

Style: **U.S.A. vs. Elliott Hudson**

AUSA: Monique Botero

Defense Attorney: AFPD Alex Arteaga-Gomez

Reporter: Carleen Horenkamp

USPO: Yamilee Sanchez

Deputy Clerk: Jacob M. Hasbun

Interpreter: none

Defendant: Present ___✓____ on bond ___✓____

Miscellaneous:
- On December 3, 2015, the Court conducted a final revocation hearing and made a finding that the Defendant had violated his supervised release but postponed the sentencing hearing for a period of six months.
- On June 3, 2016, the parties appeared before the Court and recommended that Defendant's term of supervised release be reinstated.
- The Court adopts the recommendation of the parties and Defendant's term of supervised release is reinstated with the same terms and conditions of supervision.

In-Court Time: 10 minutes