United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Elliott Hudson, ) <br> Defendant ) | Criminal Case No. 11-20635-CR-Scola |

### Order Reinstating Term of Supervised Release

On December 3, 2015, the Defendant appeared before the undersigned for Final Revocation Hearing. The Court made a finding that the Defendant had violated his supervised release and postponed the sentencing hearing for a period of six months.

On June 3, 2016, the Defendant appeared before the undersigned for Sentencing Hearing. The Parties recommended to the Court that the Defendant's term of supervised release be reinstated. Based on the matters presented and argument of counsel, it is hereby

**Ordered and Adjudged** that the Court adopts the recommendation of the Parties and Defendant's term of supervised release is reinstated. The Defendant shall comply with all conditions of supervised release previously imposed.

**Done and Ordered** at Miami, Florida on June 3, 2016.

_____
United States District Judge
Robert N. Scola, Jr.

cc:   Counsel of record
      Yamilee Sanchez, U.S. Probation Officer